NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ARTHUR A. GENOVESE, III,      )
                                )
        Appellant,      )
                                )
v.                        )      Case No. 2D18-512
                                )
STATE OF FLORIDA,      )
                                )
        Appellee.      )
_____)

Opinion filed July 6, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Charlotte County; George C. Richards,
Judge.

Arthur A. Genovese, III, pro se.


PER CURIAM.


        Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); State v. Wayne, 531 So. 2d 160 (Fla. 1988); Stafford v. State, 455 So. 2d 385 (Fla. 1984); Bilyou v. State, 404 So. 2d 744 (Fla. 1981); State v. Segarra, 388 So. 2d 1017 (Fla. 1980); Genovese v. State, 226 So. 3d 291 (Fla. 2d DCA 2017); Mearns v. State, 779 So. 2d 282 (Fla. 2d DCA 1998); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000); Russell v. State, 487 So. 2d 366 (Fla. 2d DCA 1986); Seitz v. State, 867 So. 2d 421 (Fla. 3d DCA 2004).


CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.